U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 1 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10020-01 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| MATTHEW J. LaBORDE | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## ORDER

Considering the Motion for Subpoena & Application for Ex-parte Order Directing the United States Marshal Service to Serve Requested Subpoena (Federal Rule of Criminal Procedure 17):

IT IS ORDERED that the requested subpoena issue and that service be made upon

Ricky Banks
Deputy Executive of Operations
City of Faith Corporate Offices
1511 Jackson Street
Monroe, LA 71201

Dr. Troy Vaughn
Alexandria Neurological Clinic
3704 North Blvd. Suite C
Alexandria, LA 71301

and the U.S. Marshall's Service serve these subpoenas and their expenses be borne in the same manner in which similar costs and fees are paid for subpoenas issued on behalf of the Government, all in accordance with Rule 17 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED THAT **Ricky Banks and Dr. Troy Vaughn** produce and deliver any documents or records in their custody concerning Matthew LaBorde to the Law Offices of Joseph P. Beck, 5527 Monroe Hwy., Ball, LA 71405 by United States mail or other means.

THUS DONE AND SIGNED, this 16th day of April, 2007.

HONORABLE, DEE D. DRELL
WESTERN DISTRICT OF LOUISIANA

COPY SENT: w/subpoenas
DATE: 04/16/07
BY: uh
TO: USM