

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MATTHEW J. LABORDE<br>(Defendant's Name) | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:06CR10020-01<br><br>USM Number:<br><br>Joseph P. Beck, III<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   was found in violation of <u>SC #1 , SC #2 with the exception of the month of March, SC #5, SC #6, SC #10, SC #11, Special Condition # 1 with the exception of the arrest on 2/27/07 in which defendant was charged with transporting controlled substances, Special Condition #2, and Special Condition #3</u> after denial of guilt.

The defendant is guilty of these violations;

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   **The defendant has not violated conditions** <u>Standard Condition #2 as to the month of March only, and Special Condition #1 as to the arrest on 2/26/07, the charge of the offense of transporting controlled substance</u> **and is discharged as to such violation condition.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

05/16/2007
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

5/16/07
Date

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

Judgment - Page 2 of 5

CASE NUMBER:  1:06CR10020-01
DEFENDANT:    Matthew Laborde

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| SC #2 | Defendant failed to report to USPO as directed | October through December 2006, and January and February 2007 |
| SC #5 | Defendant failed to work regularly | September through December 2006, and January and February 2007 |
| SC #6 | Defendant failed to notify USPO of change of address | |
| SC #10 | Defendant failed to permit USPO officer to visit him | |
| SC #11 | Defendant failed to notify USPO officer within 72 hours of being arrested | |
| Special Condition #1 | Defendant arrested and charged with offenses of possession of marijuana, etc. | |
| Special Condition #2 | Defendant failed to make himself available for drug testing | |
| Special Condition #3 | Defendant failed to participate in Anger Management treatment program | |

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

Judgment - Page 2 of 5

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 3 of 5

DEFENDANT:   MATTHEW J. LABORDE
CASE NUMBER:   1:06CR10020-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eleven (11) months.**

[✓]   The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MATTHEW J. LABORDE
CASE NUMBER: 1:06CR10020-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **thirty (30) months**.

## MANDATORY CONDITIONS (MC)

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5. [✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6. [✓] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7. [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

8. [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9. If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MATTHEW J. LABORDE
CASE NUMBER: 1:06CR10020-01

Judgment - Page 5 of 5

# SPECIAL CONDITIONS OF SUPERVISION (SP)

1. Defendant shall submit to urinalysis testing and/or counseling at the direction of the U. S. Probation Office.

2. Defendant shall participate in a program of anger management treatment as directed by the supervision officer and must incur all costs associated with such treatment until such time as he is released from the program by the supervising officer.

3. At any time in which defendant does not maintain full-time employment, he shall perform 20 hours of community service work per week as directed by the probation office.

4. Defendant shall not own or possess any firearm or other dangerous weapon or knowingly be at any time in the company of any person known by him to possess any firearm or other dangerous weapon during the period of supervised release.